UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE GALAN ECKSTROM<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 2:19-cv-0107 TSZ-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, docket no. 18, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The denial of benefits is **REVERSED**, and this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for the calculation of benefits to be awarded.

(3) The Clerk is **DIRECTED** to enter **JUDGMENT** in favor of plaintiff, to send copies of this Order and the Judgment to all counsel of record and to Magistrate Judge Creatura, and to CLOSE this case.

Dated this 4th day of November, 2019.

Thomas S. Zilly
United States District Judge