UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

MICHELLE RENEE GALAN ECKSTROM

*Plaintiff*,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION

*Defendant*.

Case No. 2:19-cv-00107- TSZ-JRC

ORDER

The stipulated motion, docket no. 21, for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), is GRANTED, and it is hereby ORDERED that attorney's fees in the total amount of $ 11, 088.00, expenses in the amount of $ 20.73 (for postage), and costs of $5.00 (for photocopies) shall be awarded to Plaintiff. 28 U.S.C. §§ 2412(d) & 1920.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), then any check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

ORDER - 1
2:19-CV – 00107-TSZ-JRC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the following address:

>Law Office of Nancy J.Meserow
>7540 S.W. 51st Ave.
>Portland, OR  97219

IT IS SO ORDERED.

Dated this 13th day of January, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 2
2:19-CV – 00107-TSZ-JRC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788