UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE R. GALAN ECKSTROM<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant*. | C19-107 TSZ<br><br>ORDER |

Plaintiff's unopposed motion, docket no. 24, for attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED, and the Court ORDERS as follows:

Plaintiff's counsel is entitled to 25% of plaintiff's past due benefits as reasonable attorney fees. Of the total due ($24,812.75), plaintiff's counsel has already received fees under the Equal Access to Justice Act in the amount of $11,088.00, leaving an outstanding balance of $13,724.75. The Commissioner shall issue a check made payable to Nancy J. Meserow in the amount of $13,724.75, which funds shall be drawn from

ORDER - 1

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

plaintiff's past due benefits that were withheld for payment of attorney fees, and shall mail such check to:

>   Nancy J. Meserow
>   Law Office of Nancy J. Meserow
>   7540 SW 51st Avenue
>   Portland, OR  97219

The remaining portion of the withheld past due benefits (estimated to be in the amount of $11,088.00) shall be released to plaintiff as soon as practicable.

DATED this 7th day of May, 2020.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219
(503) 560-6788